# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD EDWARD ERBE, | |
| Plaintiff, | CIVIL ACTION NO. 3:20-cv-02132 |
| v. | (SAPORITO, M.J.) |
| COMMISSIONER OF SOCIAL SECURITY of the United States of America, | |
| Defendant. | |

## ORDER

AND NOW, this 13th day of April, 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Commissioner's administrative decision denying the plaintiff's application for disability insurance benefits is **AFFIRMED**;

2. The Clerk is directed to enter **JUDGMENT** in favor of the Commissioner and against the plaintiff; and

3. The Clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge